UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS 73.92.112.166,<br><br>　　　　　Defendant. | Case No.  21-cv-06630-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket Nos. 29, 30 |

Plaintiff advises the Court that the parties have reached a settlement of this case and that Plaintiff expects to file a dismissal with prejudice within twenty-one days.  (Dkt. 29.)  Defendant simultaneously brings an administrative motion to withdraw the pending motion to dismiss currently set for hearing on April 18, 2022.  (Dkt. 30.)  All parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636.  (Dkts. 10, 18.)  Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within twenty-one days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.

　　　　**IT IS SO ORDERED**.

Dated: April 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28